**In re Edmund M. CARNAHAN, David D. Devore, Gregory M. Godziela, Paul C. Vosejpka, Burkhard E. Wagner, and Joseph N. Coalter, III.**

No. 2011–1324.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2011.

Ray Ashburg, The Dow Chemical Company Intellectual Property Law, of Freeport, TX, argued for appellant. With him on the brief were James T. Hoppe and Jennifer A. Carnahan.

Farheena Y. Rasheed, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor and Kristi L.R. Sawert, Associate Solicitor. Of counsel was Frances M. Lynch, Associate Solicitor.

Before RADER, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**